IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>    Plaintiff,<br><br>v.<br><br>SUSHI GROOVE,<br><br>    Defendant.<br>_____ / | No. C-09-02437 EDL<br><br>**ORDER VACATING DATES AND SETTING DEADLINE FOR STATUS REPORT OR DISMISSAL** |

On July 13, 2010, Plaintiff filed a Notice of Settlement stating that the parties have agreed to settlement terms which fully resolve the claims in this case. No later than November 15, 2010, the parties shall file a status report regarding settlement of this case or a dismissal of the entire action. Good cause appearing, any other deadlines on calendar are vacated.

**IT IS SO ORDERED.**

Dated: July 20, 2010

                                                        ELIZABETH D. LAPORTE<br>
                                                        United States Magistrate Judge