1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiff
   CRAIG YATES, an individual
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTERN DISTRICT OF CALIFORNIA
9

10 CRAIG YATES, an individual,           )   **CASE NO. CV-09-2437-EDL**
                                         )
11     Plaintiff,                        )   **STIPULATION OF DISMISSAL AND**
                                         )   **[PROPOSED] ORDER THEREON**
12 v.                                    )
                                         )
13 SUSHI GROOVE; PEGGY LEE, Trustee      )
   of the PEGGY LEE TRUST; MARTEL &      )
14 NABIEL, INC., a California corporation;)
   TOLER MARTEL, MISHA BRYBERG,          )
15 MICHAEL BREYBURG and MUSLEH           )
   NABIEL NASIEF, individuals dba as     )
16 SUSHI GROOVE,                         )
                                         )
17                                       )
       Defendants.                       )
18                                       )

19
        The parties, by and through their respective counsel, stipulate to dismissal of this action
20
   in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the
21
   Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own
22
   costs and attorneys' fees. The parties further consent to and request that the Court retain
23
   jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511
24
   U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of
25
   settlement agreements).
26

27

28

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2  their designated counsel that the above-captioned action be and hereby is dismissed with
3  prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4  This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

7  Dated: _____, 2011        THOMAS E. FRANKOVICH
                                    *A PROFESSIONAL LAW CORPORATION*

9                                   By:_____
                                        Thomas E. Frankovich
10                                  Attorney for CRAIG YATES, an individual

12 Dated: July 18, 2011             The Cronin Law Group
                                    17822 East 17th Street, Suite 101
13                                  Tustin, CA 92780

15                                  By:_____
                                        Natasha Gordon
16                                  Attorney for Defendants PEGGY LEE, Trustee of
17                                  the PEGGY LEE TRUST; MARTEL & NABIEL,
                                    INC., a California corporation; TOLER MARTEL

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: _____, 2011

                                    _____
                                    Honorable Magistrate Judge Elizabeth D. Laporte
                                    UNITED STATE DISTRICT JUDGE

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: July 18, 2011

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: _____/S/ Thomas E. Frankovich_____
Thomas E. Frankovich
Attorney for CRAIG YATES, an individual

Dated: _____, 2011

The Cronin Law Group
17822 East 17th Street, Suite 101
Tustin, CA 92780

By: _____
Natasha Gordon
Attorney for Defendants PEGGY LEE, Trustee of the PEGGY LEE TRUST; MARTEL & NABIEL, INC., a California corporation; TOLER MARTEL

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: __July 21_____, 2011

IT IS SO ORDERED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

Honorable _____ D. Laporte
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON        CASE NO. CV-09-2437-EDL

-2-