1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   GEORGE S. KHOURY (State Bar No. 269738)
2  THOMAS E. FRANKOVICH,
   *A PROFESSIONAL LAW CORPORATION*
3  4328 Redwood Hwy., Suite 300
   San Rafael, CA 94903
4  Telephone:    415/444-5800
   Facsimile:    415/444-5805
5
   Attorneys for Plaintiff CRAIG YATES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG YATES, an individual, | Case No. CV-09-2437-EDL |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER FOR THE ENTRY OF JUDGMENT PURSUANT TO STIPULATION |
| SUSHI GROOVE; PEGGY LEE, Trustee of the PEGGY LEE TRUST; MARTEL & NABIEL, INC., a California corporation; TOLER MARTEL, MISHA BRYBERG, MICHAEL BREYBURG and MUSLEH NABIEL NASIEF, individuals dba as SUSHI GROOVE, | |
| Defendants. | |

Pursuant to the stipulation of the parties entered into on August 2, 2010, and for good cause showing, Judgment is hereby entered in favor of Plaintiff CRAIG YATES and against Defendants PEGGY LEE, Trustee of the PEGGY LEE TRUST; MARTEL & NABIEL, INC., a California corporation; TOLER MARTEL, in the amount of $10,250, plus 10% annual interest and the attorneys fees incurred in enforcing the stipulated judgment.

**IT IS SO ORDERED.**

Dated: ~~December __, 2012~~
       January 2, 2013

By: _____
    Judge Elizabeth D. Laporte

*[Court seal: IT IS SO ORDERED, signed Elizabeth D. Laporte, Judge Elizabeth D. Laporte, UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

ORDER FOR THE ENTRY OF JUDGMENT                                      CV-09-2437-EDL